UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JENNIFER DUNCAN

                        Plaintiff,

v.                                                           <u>ORDER</u>

SULLIVAN COUNTY, et al.,                     18-cv-9269 (PMH)

                        Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The initial conference scheduled for May 8, 2020 at 10:00 a.m. will be held telephonically. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

SO-ORDERED:

Dated: New York, New York
       April 21, 2020

                                                       Philip M. Halpern
                                                       United States District Judge