UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JENNIFER DUNCAN

                    Plaintiff,

v.                                                                                ORDER

SULLIVAN COUNTY, et al.,                              18-cv-9269 (PMH)

                    Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court is in receipt of the letters from counsel 4/22/20, 4/27/20 and 4/29/20 respectively (Docs. 156, 157, 159). As the second amended complaint (Doc. 146) is now the operative pleading, and does not bring claims against defendants Victoria Sawall, Rachel Innella, Colleen Cunningham, the Clerk's Office is respectfully requested to terminate said defendants from this case.

SO-ORDERED:

Dated: New York, New York
      May 1, 2020

_____
Philip M. Halpern
United States District Judge