# NORTON & CHRISTENSEN
### ATTORNEYS AND COUNSELLORS AT LAW
#### 60 ERIE STREET
#### POST OFFICE BOX 308
#### GOSHEN, NEW YORK 10924

HENRY N. CHRISTENSEN, JR.*
HAROLD M. PRESSBERG*

*ALSO ADMITTED IN NEW JERSEY

Application to strike document granted. The Clerk's Office is respectfully requested to delete Doc. 171 from the docket.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: New York, New York
November 4, 2020

VIA ECF
Hon. Philip M. Halpern, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Duncan v. Sullivan County, et al.
     Case#: 18-cv-09269 (PMH)

Honorable and Dear Sir:

We are the attorneys for Plaintiff Jennifer Duncan in the above-captioned matter. We write to ask that the letter to the Court which has been entered as Document 171 in the docket of this case be stricken from the record and kept, if at all, under seal.

I have spoken to Ms. Duncan about this, and she advises it was never her intent that this letter be filed in this matter, nor was it her intent that this letter should ever become a public record.   She did not send the letter for purposes of having any effect on this case. Rather, she was - acting *pro se* - reaching out for help to avert what she feared would be a threat to her life from planned activities by the owner of the property where she is sheltering.

She told me that she had expected to be contacted by the Clerk's office, but she was not contacted in the way she requested and expected, as to what she could do in that regard. She told me that, while awaiting that response, she had prepared a later version of the letter which, among other things, specifically asked that the letter be kept from public view, on account of the personal medial information she had included therein.

This letter should not have been posted to the file in this case, and I respectfully ask that it be removed from the file, or, if there is some reason why it cannot be, that it be sealed from public view.   Thank you very much for your Honor's attention to this problem.

Respectfully yours,

Henry N. Christensen, Jr.