UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JENNIFER DUNCAN

                     Plaintiff,

v.                                       ORDER

SULLIVAN COUNTY, et al.,            18-cv-9269 (PMH)

                     Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    The Court today received a letter dated February 7, 2022 labeled "*Ex Parte* Communication" from Plaintiff's counsel enclosing an *ex parte* motion for the Court's consideration.

    Pursuant to Local Civil Rule 6.1(d), "[n]o *ex parte* order. . . will be granted except upon a clear and specific showing by affidavit of good and sufficient reasons why a procedure other than by notice of motion is necessary." The Court has reviewed Mr. Christensen's letter, motion, and enclosures, and finds that it fails to comply with Rule 6.1(d). Although the Court does not find "good and sufficient" reasons why the document should not be filed publicly on the docket, it will give Mr. Christensen the opportunity to comply with Rule 6.1(d) by February 10, 2022; otherwise, the documents will be filed on the public docket.

SO ORDERED:

Dated: White Plains, New York
         February 8, 2022

                                                      _____
                                                        Philip M. Halpern
                                                        United States District Judge