UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JENNIFER DUNCAN

                Plaintiff,

v.                                                 ORDER

SULLIVAN COUNTY, et al.,             18-cv-9269 (PMH)

                Defendants.
------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Oral argument has been scheduled on the motion for Henry N. Christensen, Jr. to withdraw as counsel for Plaintiff. (Doc. 273). The oral argument will be held on February 15, 2022 at 2:30 p.m. at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 520.

      Counsel for all parties and the Plaintiff shall appear on the date and time scheduled. Should Plaintiff be unable to appear in person, she may participate via telephone by calling the following number: (888) 398-2342; access code 3456831.

      **No adjournments will be granted.**

      All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse. On the day that you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used as the SDNY entry device at the courthouse entrance.

SO ORDERED:

Dated: White Plains, New York
       February 11, 2022

_____
Philip M. Halpern
United States District Judge

2