UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JENNIFER DUNCAN,

                Plaintiff,                18 **CIVIL** 9269 (PMH)(PED)

-against-                       **JUDGMENT**

SULLIVAN COUNTY, et al.,
                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 28, 2022, Plaintiff's objections to the Report are overruled, and the Report is adopted in full and Plaintiff's Second Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
        February 28, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                      BY:

                                                      **Deputy Clerk**