# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Jennifer Duncan
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Sullivan County, Joseph Todora, William Moon,
Constantina Hart, Mark Isaacs, Michael Allen,
Samuel D. Roberts, Samuel L. Spitzberg,
Jane Doe 1-10, John Doe 1-10
(List the full name(s) of the defendant(s)/respondent(s).)

18  CV 09269  (PMH)(PED)

**MOTION FOR EXTENSION
OF TIME TO FILE NOTICE
OF APPEAL**

Motion granted in part. The time for plaintiff to file a
notice of appeal of the Judgment entered in this case
on February 28, 2022 (Doc. 283) is extended to April
28, 2022 (i.e., 14 days from the date of this Order) in
accordance with Fed. R. App. P. 4(a)(5)(C). The Clerk
of Court is respectfully requested to mail a copy of
this Order to plaintiff.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
April 14, 2022

I move under Rule 4(a)(5) of the Federal Rules of Appellate P
to file a notice of appeal in this action. I would like to appeal t
entered in this action on  February 28, 2022  but did not file a
                          date
time period because:

See "Letter in Support of Motion for Extension to File Notice

Disability limitations and medical conditions, daily aide suppo~~rt if required, lack of medically necessary~~
services including access to medical care and caseworker support, probable Covid and long-term
effects without med care, frequent re-injury due to over-exertion without support, other life-threatening
crises including housing, lack of communication access, etc, other cases, Pro Se, etc. Request 6 weeks
to file Notice of Appeal, In Forma Pauperis, and related materials.
(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

March 30, 2022
Dated:

*Jennifer Duncan*  / s /
Signature
I declare under penalty of perjury under the laws of the United States
of America that the foregoing is true and correct. The electronic
signature I am affixing to this certification is intended to be my
certification that the statements above are true, and that I am so
asserting under penalty of perjury. I am aware that if any is willfully
false, I am subject to punishment.

Duncan, Jennifer
Name (Last, First, MI)

| 64 Carrier St, Floor 1 | Liberty | NY | 12754 | (non-mailing address, no USPS) |
|---|---|---|---|---|
| Address | City | State | Zip Code | Private carriers–UPS, Fed Ex–may succeed |

845-434-0261 *
Telephone Number

n/a
E-mail Address (if available)

*Disabled, medical communication accessibility accommodation needs and requests:
  call only after noon, schedule appointments ahead of time, if no response – try again in a few minutes,
  non-verbal early in the day and at other times, other communication protocols may be necessary, etc.